**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**ADA SOTO,**

**Plaintiff,**

**- against -**

**219 DOMINICAN VALLE CORP., ET AL.,**

**Defendants.**

---

**25-cv-1596 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The Court has reviewed the Report and Recommendation of Magistrate Judge Tarnofsky dated August 24, 2026 in connection with an inquest on damages following this Court's finding that the defendants had defaulted in this case and that a default judgment should be entered against them.

No objections have been filed to the Report and Recommendation, and the time for objections has passed. In any event, the Court finds that the Report and Recommendation is thorough and well-reasoned and should be adopted. The Court therefore adopts the Report and awards the plaintiff the relief set out in the Report.

The Clerk is respectfully requested to enter Judgment in favor of the plaintiff, Ada Soto, and against the defendants, 219 Dominican Valle Corp., Mafarda Gonzalez, and Orlando Vasquez, in accordance with the amounts described on pages 31–32 of the Report and Recommendation.

The Clerk is also respectfully requested to close all pending motions and to close this case.

**SO ORDERED.**

**Dated:** **New York, New York**
**September 10, 2026**

**John G. Koeltl**
**United States District Judge**