**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------x

PERISCOPE CYBERMAXX BUYER, INC.,

Plaintiff,

-against-

BENEDETTO FILINGERI, in his capacity as Sellers' Representative under the Equity Purchase Agreement dated November 4, 2024,

-----------------------------------x

ORDER

26 Civ. 1596 (GBD)

GEORGE B. DANIELS, United States District Judge:

Oral argument on Defendant's Motion for Judgment on the Pleadings, (ECF No. 29,) is hereby adjourned to November 12, 2026, at 10:00 a.m. in Courtroom 11A, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

Dated: September 14, 2026,
New York, New York

SO ORDERED.

George B. Daniels

GEORGE B. DANIELS
United States District Judge